UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-00187-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIAN TOBIAH MURRAY | ORDER TO SEAL |

On motion of the Defendant, CHRISTIAN TOBIAH MURRAY, and for good cause shown, it is hereby ORDERED that DE [214] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 9th day of April, 2019.

_____
The Honorable Louise W. Flanagan
United States District Court Judge